# CORPORATE CHARTER APPROVAL SHEET

**** EXPEDITED SERVICE**     ** KEEP WITH DOCUMENT ****

DOCUMENT CODE 4D    BUSINESS CODE ________

# ____________________

Close ________   Stock ________   Nonstock ________

P.A. ________   Religious ________

Merging (Transferor) ______________________________

Surviving (Transferee) ______________________________

1000362006354478

ID # W15823255 ACK # 1000362006354478
PAGES: 0003
BALTIMORE HARLEM PARK INVESTMENT LLC

04/21/2014 AT 10:30 A WO # 0004294475

New Name ______________________________

FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 50 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| ________ Certified Copies | |
| Copy Fee: | |
| ________ Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | |
| Other: | |
| TOTAL FEES: | 150 |

Credit Card ✓   Check ______   Cash ______

______ Documents on _____ Checks

Approved By: [signature]

Keyed By: ____________________

COMMENT(S):

______ Change of Name
______ Change of Principal Office
______ Change of Resident Agent
______ Change of Resident Agent Address
______ Resignation of Resident Agent
______ Designation of Resident Agent and Resident Agent's Address
______ Change of Business Code

______ Adoption of Assumed Name

______ Other Change(s)

Code ____________

Attention: ______________________________

Mail: Name and Address
Barry Cui
2841 Hartland Rd
#201
Falls Church VA 22043

CUST ID:0003077895
WORK ORDER:0004294475
DATE:04-24-2014 05:46 PM
AMT. PAID:$150.00

N

# BALTIMORE HARLEM PARK INVESTMENT LLC
## A MARYLAND LIMITED LIABILITY COMPANY

### ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

FIRST: The name of the Limited Liability Company (which is hereinafter called the "LLC") is:

**BALTIMORE HARLEM PARK INVESTMENT LLC**

SECOND: The purpose for which the LLC is filed is as follows:

To engage in real estate investment and management.

To acquire and trade the good will, properties, rights, franchises, contract and assets of other persons, firms, associations or corporations, and to pay for the same in cash, capital interests or bonds, of the LLC, or otherwise.

To borrow money for any of the purposes of the LLC and to issue bonds, notes or other obligations or any nature, and to secure payment of monies borrowed by mortgage or pledge or conveyance or assignment in trust of the whole or any part property of the LLC, real and personal, and to sell, pledge or otherwise dispose of such bonds, notes or other obligations of the LLC for its LLC's purposes.

To do any activity not prohibited by law for a LLC in Maryland.

THIRD: The address of the LLC in Maryland is 9912 WILLOW TREE TER, ROCKVILLE, MD 20850.

FOURTH: The resident agent of the LLC in Maryland is HAIYI HUANG, whose address is 9912 WILLOW TREE TER, ROCKVILLE, MD 20850.

CUST ID:0003077895
WORK ORDER:0004294475
DATE:04-24-2014 05:46 PM
AMT. PAID:$150.00

FIFTH: The initial members of the LLC are:

| NAME | ADDRESS |
|---|---|
| PINEHILLS PROPERTIES LLC | 1960 Gallows Rd #110, Vienna, VA 22182 |
| ZTY INVESTMENT LLC | 1960 Gallows Rd #220B, Vienna, VA 22182 |
| 495 PROPERTIES LLC | 8800 Mirador Pl, McLean, VA 22102 |
| SGL HOLDINGS LLC | 2 Wisconsin Cir #700, Chevy Chase, MD 20815 |

Haiyi Huang
Haiyi Huang, Authorized Person

Haiyi Huang
Haiyi Huang, Resident Agent
I hereby consent to my designation in this document.

Filing party's return address:
Barry P. Cui, CFP, EA
2841 Hartland Rd, Ste 201
Falls Church, VA 22043
Phone: (703) 620-0977
Fax: (888) 502-3934