IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-249-ELG |
| | ) | (Chapter 11) |
| BALTIMORE HARLEM PARK | ) | |
| INVESTMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO STAY**
***ZTY INVESTMENT LLC, et al. v. XIN TAO, et al.***

Upon consideration of the Motion to Stay *ZTY Investment LLC, et al. v, Xin Tao, et al.* (the "Motion") filed Baltimore Harlem Park Investment, LLC ("BHPI"), the authorities cited therein, any opposition thereto, and those arguments made at a hearing upon the Motion, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the matter of ZTY Investment LLC, et al. v. Zin Tao, et al, pending in the Circuit Court for Montgomery County, Maryland be, and hereby is, STAYED pending further order of this Honorable Court or final disposition of the bankruptcy of BHPI.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Baltimore Harlem Park Investment, LLC*