| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 21-00249<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Oct 7 20:40:55 EDT 2021 | Baltimore Harlem Park Investment LLC<br>7925 Jones Branch Drive<br>Suite 4350<br>Mc Lean, VA 22102-3363 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 |
| Alan Fink, LLC<br>600 Baltimore Avenue<br>Suite 208<br>Towson, MD 21204-4084 | Arnold Politzer, Esq.<br>Totten Law Firm<br>8850 Stanford Blvd.<br>Suite 2300<br>Columbia, MD 21045-4763 | Haiyi Huang<br>9912 Willow Tree Terrace<br>Rockville, MD 20850-5473 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Joeliza Sunga<br>6113 Pinto Place<br>Springfield, VA 22150-1539 | Your House Hunter LLC<br>P.O. Box 41783<br>Arlington, VA 22204-8783 |
| ZTY Investment LLC<br>9912 Willow Tree Terrace<br>Rockville, MD 20850-5473 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 | End of Label Matrix<br>Mailable recipients 10<br>Bypassed recipients 0<br>Total 10 |