# Baltimore Harlem Park Investment LLC
## Balance Sheet
### As of December 31, 2014

| | | Total | |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Legal Escrew Account-Arnold** | | 179,783.33 | |
| **Rental Management Escrew Account-BG** | | (5,161.00) | |
| **Total Current Assets** | **$** | **174,622.33** | |
| **Fixed Assets** | | | |
| **Baltimore Harlem Park** | | 904,344.39 | ① |
| **Total Real Estate Properties** | **$** | **904,344.39** | |
| **Total Fixed Assets** | **$** | **904,344.39** | |
| **TOTAL ASSETS** | **$** | **1,078,966.72** | |
| **LIABILITIES AND EQUITY** | | | |
| **Equity** | | | |
| **Capital Account** | | 1,084,127.72 | ② |
| **Retained Earnings** | | -5,161.00 | |
| **Total Equity** | **$** | **1,078,966.72** | |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **1,078,966.72** | |

**Note:**

① **Baltimore Harlem Park Project**

| | | |
|---|---|---|
| 购买项目款项 - Per Nina | | 676,870.43 |
| 购买项目佣金（两人）- Per Nina | | 15,000.00 |
| Consulting Services - Per Nina | | 4,125.00 |
| 1105及1106地税等 - Per Nina | | 6,020.42 |
| 贷款利息（07/14-12/14 - Per Nina | | 17,745.12 |
| ALL PROPERTY COSTS - Per Arnold | | 141,574.07 |
| ALL LEGAL FEES SEE SCH- Per Arnold | | 38,009.35 |
| Brain Casey费用 - Per Nina | | 5,000.00 |
| | **$** | **904,344.39** |

② **Capital contribution:**

| | | |
|---|---|---|
| Insight Investment LLC | | 300,000.00 |
| Pinehills Properties LLC | | 152,558.38 |
| ZTY Investment LLC | | 631,569.35 |
| | **$** | **1,084,127.72** |