**Mac VerStandig**

**From:** Arnold Politzer <apolitzer@arnoldpolitzer-yourlawyer.com>
**Sent:** Tuesday, June 5, 2018 1:21 AM
**To:** Mac VerStandig
**Cc:** Cindy Tao; Alan Fink; Molly Mossey
**Subject:** Re: BHPI Settlement Agreement

Hi Mac

Truthfully having that to you by the end of the week is possible but a little challenging. I'm just getting over a pretty unpleasant bout with pneumonia and between the time I lost while I was out and working maybe at half speed right now- I'll do the best I can

Also- does this agreement end ALL the warfare or just the BHPI piece of it ?

Best Regards

Arnold

Sent from my iPhone

On Jun 5, 2018, at 12:47 AM, Mac VerStandig <mac@mbvesq.com> wrote:

> Cindy, Arnold and Alan,
>
> Attached is what should be the final draft of a settlement agreement negotiated by BHPI with the plaintiffs in the Baltimore City Circuit Court litigation.
>
> Cindy: please give this a final review, let me know if you have any questions, and otherwise please sign and return a copy to me.
>
> Arnold & Alan: Part of the agreement calls for BHPI to produce records showing the application of all liquid funds it has possessed, from its incipiency through present. My understanding – and please correct me if I am wrong – is that BHPI has never had a bank account but, rather, has always solely utilized the trust accounts of its counsel. As such, the three relevant records would be Alan's trust account sub-ledger for BHPI, Arnold's trust account sub-ledger for BHPI, and my trust account ledger for BHPI. Please let me know if you believe any other records to be responsive, and otherwise send to me – as soon as possible – your respective trust account sub-ledgers so I can review for privilege, redact where necessary, and prepare for production.
>
> It is my hope to have this agreement executed by week's end. Extracting BHPI from the litigation before depositions roll around will save the entity an appreciable sum of money, so time is of the essence here.
>
> Feel free to call with any questions, comments or issues.
>
> Thanks,
>
> Maurice "Mac" VerStandig, Esq.
> The VerStandig Law Firm, LLC

9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

<18.06.04 - Settlement Agreement v7.0.pdf>