**Mac VerStandig**

**From:** Arnold Politzer <apolitzer@arnoldpolitzer-yourlawyer.com>
**Sent:** Monday, June 11, 2018 2:17 AM
**To:** Mac VerStandig; Cindy Tao
**Cc:** Molly Mossey
**Subject:** RE: BHPI Settlement Agreement

Mac

Sorry for the delay- just getting back on my feet from an adventure with pneumonia. I'm attaching Alan Fink's escrow accounting which largely consisted of the deposits paid in for each of the 15 properties that were sold at the foreclosure auction. The deposit paid for each property was $3,500.00. In general the expenses incurred aside from the typical foreclosure expenses were numerous times that we were put on "alert' to get ready for property settlement- which unfortunately didn't happen. But the 'getting on alert' required new lien sheets, and in some cases payment of outstanding liens to make sure there were no holdups if in fact the properties did settle.

My escrow account is much larger because as you suggest it covers this investment from its 'infancy' to the current time. I don't believe any of the actual foreclosure expenses were handled through my escrow- I think that was all Alan's as he was the attorney for the Trustee (me). But, of course everything else (numerous redemptions of tax sales, water bills, fines, legal expenses, court filings, and on and on was from my escrow account. So, I have it obviously, I want to make sure each and every disbursement is clear- since obviously money and who's responsible for what is at heart of the issue. Give me a few more days to make sure what goes to you is extremely clear.

Thanks

Arnold

---

**From:** Mac VerStandig [mailto:mac@mbvesq.com]
**Sent:** Tuesday, June 05, 2018 12:48 AM
**To:** Cindy Tao; Arnold Politzer; Alan Fink
**Cc:** Molly Mossey
**Subject:** BHPI Settlement Agreement
**Importance:** High

Cindy, Arnold and Alan,

Attached is what should be the final draft of a settlement agreement negotiated by BHPI with the plaintiffs in the Baltimore City Circuit Court litigation.

Cindy: please give this a final review, let me know if you have any questions, and otherwise please sign and return a copy to me.

Arnold & Alan: Part of the agreement calls for BHPI to produce records showing the application of all liquid funds it has possessed, from its incipiency through present. My understanding – and please correct me if I am wrong – is that BHPI has never had a bank account but, rather, has always solely utilized the trust accounts of its counsel. As such, the three relevant records would be Alan's trust account sub-ledger for BHPI, Arnold's trust account sub-ledger for BHPI, and my trust account ledger for BHPI. Please let me know if you believe any other records to be responsive, and otherwise send to me – as soon as possible – your respective trust account sub-ledgers so I can review for privilege, redact where necessary, and prepare for production.

It is my hope to have this agreement executed by week's end. Extracting BHPI from the litigation before depositions roll around will save the entity an appreciable sum of money, so time is of the essence here.

Feel free to call with any questions, comments or issues.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.