## Mac VerStandig

**From:** Arnold Politzer <apolitzer@arnoldpolitzer-yourlawyer.com>
**Sent:** Thursday, July 19, 2018 10:56 PM
**To:** Mac VerStandig
**Subject:** RE: Important: BHPI Motions & Settlement

Mac

I am now back in Baltimore and if for some reason I am unable to complete and send the billing tomorrow, rest assured it WILL go out over the weekend.

Best Regards

Arnold

---

**From:** Mac VerStandig [mailto:mac@mbvesq.com]
**Sent:** Tuesday, July 17, 2018 7:24 PM
**To:** Arnold Politzer
**Subject:** RE: Important: BHPI Motions & Settlement

Arnold,

Just to follow up on this, any luck with the records for yourself or Alan?

Vis a vis settlement, this will only extract BHPI from the case – the other parties will remain. I cannot speak to what that means for your deposition, but would not be surprised if it still went forward.

BHPI is incurring appreciable attorneys' fees having my firm handle this, and will continue doing so until the settlement is finalized. As such, it is really important that we get the accounting so we can stop the economic bleeding.

Let me know if I can be of assistance on any front; otherwise, I look forward to receiving your records.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Arnold Politzer <apolitzer@arnoldpolitzer-yourlawyer.com>
**Sent:** Monday, July 9, 2018 10:00 PM
**To:** Mac VerStandig <mac@mbvesq.com>
**Subject:** RE: Important: BHPI Motions & Settlement

Mac

I know I've been part of the delay for which I do apologize. Some time ago we finally switched to a new accounting system that was actually designed for use after the 1900's. Converting our old records to the new system has been fraught with problems that the sales folks for the new system "never envisioned'- be that as it may- I will have the final accounting, with our post 1900 state of the art accounting system ideally by the end of this week.

Am I understanding that a settlement in the case against BHPI has been or is close to being reached ?- If that is the case- then am I understanding things correctly by assuming that the litigation against Cindy directly goes on ?

Kirsch has noticed me for deposition on July 27th. If the BHPI case is settled prior to then, I wonder if there is further need to depose me ?- Although I suspect Tom would likely be the more appropriate party to direct that question to.

Best Regards

Arnold

---

**From:** Mac VerStandig [mailto:mac@mbvesq.com]
**Sent:** Monday, July 02, 2018 10:58 PM
**To:** Cindy Tao
**Cc:** Arnold Politzer; Molly Mossey; Thomas Valkenet
**Subject:** Important: BHPI Motions & Settlement

Cindy,

Attached are motions we received from Steve Soto today. As you will see, neither is directed to BHPI (since we defeated their earlier effort to compel discovery), but Tang is seeking relief which would have an adverse impact on BHPI if granted (ie, a finding that certain adverse factual conclusions are established for purposes of trial).

While we have an agreement in form, and you have executed it, I am still awaiting the settlement funds from you and the accounting from Arnold. Without these, I cannot consummate the settlement and get BHPI out of this lawsuit.

This is now particularly relevant because while I have managed to avoid having BHPI deposed, and have been able to avoid charging BHPI to attend depositions since Thomas Valkenet is doing so with a common interest and superb abilities, these motions do now create a posture where BHPI will be forced to incur additional legal fees by having my firm file opposition memoranda. While I can sit out of the depositions of other parties because of a common interest defense, I cannot avoid opposing these motions since we have grounds of opposition (namely a lack of claimed procedural fault on the part of BHPI) which are unique to BHPI and not shared by other defendants.

All of which is to say that if you can get me the settlement funds, and Arnold can get me his accounting, this will be moot – I'll make sure the settlement finishes up and BHPI is out of the case. But we cannot much afford to wait any longer, or it will have appreciable adverse economic consequences for BHPI and BHPI's litigation posture will risk deteriorating.

I am copying Thomas Valkenet on this e-mail because I consider it to fall within the joint defense privilege and because I do not believe anything contained herein is particularly sensitive in nature. I am copying Arnold Politzer on this e-mail

because part of what we need to finish the settlement must come from him, and he has an attorney/client relationship with BHPI.

Feel free to call if you have any questions or want to discuss any of this. And please know that my bluntness notwithstanding, I just want to make sure BHPI's interests are protected – it is what you hired me to do, and I'd be remiss to not do so.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com
Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** steven soto <steven@sotolegalservices.com>
**Sent:** Monday, July 2, 2018 2:52 PM
**To:** tcv@youngandvalkenet.com; Larry Kirsch <larry@lkirschlaw.com>; Mac VerStandig <mac@mbvesq.com>
**Subject:** Mao v. BHPI motions

Tom, Larry and Mac:

Please see attached.

Regards,

Steven D. Soto

Attorney at Law

Tel: (301) 321-7686
Fax: (301) 363-0978

************************************
This electronic communication and any attached documents are privileged, confidential, and protected from disclosure as they may be attorney-client communications. If you are not the intended recipient, or this communication is delivered to you in error, please be advised that any review, disclosure, copying, distribution, dissemination, or use of the contents of this electronic communication or any attached documents herein is strictly prohibited. If you have received this electronic communication in error, please delete this electronic message, destroy any hard copies of it and notify us immediately by reply-email. Your cooperation is appreciated. Thank you.

***************************************