Telephone: (202) 991-1101
Toll Free: (855) 987-DEBT

THE BELMONT FIRM

Licensed in DC, VA, MD, FL and NV

October 9, 2021

**VIA CERTIFIED MAIL AND ELECTRONIC MAIL**
Milton Arnold Politzer, Esq.
c/o Totten Law Firm
8850 Standard Blvd.
Suite 2300
Columbia, Maryland 21045
APolitzer@arnoldpolitzer-yourlawyer.com

**Re:** ***In re Baltimore Harlem Park Investment, LLC***
**Case No. 21-249-ELG (Bankr. D.D.C. 2021)**

Dear Mr. Politzer:

The undersigned and this firm are proposed counsel for Baltimore Harlem Park Investment, LLC ("BHPI") in connection with its chapter 11 case in the United States Bankruptcy Court for the District of Columbia. I am in the process of gathering all of BHPI's various records, and am sending this letter pursuant to the allowances of Section 542 of Title 11 of the United States Code, as I understand you are likely in possession of some of BHPI's files.

Specifically, I believe you have previously acted as counsel to BHPI and, in your capacity as such, hold various files containing documents of BHPI that pertain to BHPI's existence and operations. In particular, I understand you represented BHPI in its capacity as the sole member of Ruby Jude City, LLC and, more particularly, advised BHPI in connection with one or more contemplated – or actual – foreclosure proceedings.

At your earliest convenience, and in no event later than Friday, October 15, 2021, please transmit to me a copy of your file for BHPI, inclusive of all foreclosure-centric records, a copy of the promissory note on which any such contemplated foreclosures were premised, all correspondence with agents of BHPI, and copies of all documents filed with any state or municipal authority on behalf of BHPI – including documents recorded amongst land records and documents filed in any state or federal court.

You may send the documents to my attention at mac@dcbankruptcy.com or, alternatively, send hard copies to the following address:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012


*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*

THE BELMONT FIRM

My client and I greatly appreciate your help in this matter. If you have any questions, or wish to further discuss this matter, please do not hesitate to contact me directly.

Sincerely,

Maurice "Mac" VerStandig, Esq.
*For the Firm*

cc: Xin “Cindy” Tao (via electronic mail)



*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*