**Mac VerStandig**

**From:** Arnold Politzer <apolitzer@arnoldpolitzer-yourlawyer.com>
**Sent:** Monday, October 11, 2021 8:47 AM
**To:** Mac VerStandig
**Cc:** Cindy Tao
**Subject:** RE: In re Baltimore Harlem Park Investment, LLC, Case No. 21-249 (Bankr. D.D.C. 2021)

Hi Mac

It's been awhile. It's been quite a couple years, I guess for everyone. I had some very serious medical issues but thankfully have somewhat recovered. I don't know how much help I'm going to be able to provide to you. I am retired and actually am moving to California in 9 days- Oct 20th. For practical and financial reasons all of the paper documents and files I had have long since been shredded and destroyed. What I have are the computer records from my legal matters.

As a practical matter, even under "normal circumstances" whatever that means anymore, it would have been impossible to provide you with what you are requesting with all of 4 days notice between when I saw your e-mail and when you wanted the info in hand. However, my circumstances aren't normal in that as I've stated, I'm moving in 9 days. I'm sure you can understand that I have many things that must be done to prior to my move. That being the case, there literally is no time to provide you with what you are requesting until my move is complete.

I'm certainly happy to do what I can when time permits. To be honest, I can't imagine I have any paperwork that has is not already in the hands of Cindy's counsel, both you and the other firm that was involved in the lawsuits. As you know, there was significant discovery requested and provided at that time. What may be the most efficient way of getting you what you need from me is to contact me in a month or so at which point you should have in hand the information you requested from the other parties. If it appears that some documents are still outstanding then send me an e-mail to that effect. I'll make a diligent effort to try to accommodate you at that time.

Best Regards

M. Arnold Politzer

---

**From:** Mac VerStandig <mac@dcbankruptcy.com>
**Sent:** Saturday, October 9, 2021 3:36 PM
**To:** Arnold Politzer <apolitzer@arnoldpolitzer-yourlawyer.com>
**Cc:** Cindy Tao <taocindy@gmail.com>
**Subject:** In re Baltimore Harlem Park Investment, LLC, Case No. 21-249 (Bankr. D.D.C. 2021)

Arnold,

I hope all is well with you.

Late Thursday evening, Baltimore Harlem Park Investment, LLC filed for chapter 11 protection in the United States Bankruptcy Court for the District of Columbia. I'm in the process of triaging all of the debtor's documents. In the spirit, please see my attached letter of even date. And please do not hesitate to reach out if you have any questions or wish to discuss.

Regards,

Maurice “Mac” VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient’s benefit and may not be relied upon by any other person or entity.