## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any)*: MILTON ARNOLD POLITZER
on *(date)* 10/15/21 .

☑ I served the subpoena by delivering a copy to the named person as follows: CHARREE NASH (Caucasian female, 5'4, 125, age 65) expressly authorized to accept subpoena on his behalf
on *(date)* 10/15/21 at 3:15p.m ; or

☐ I returned the subpoena unexecuted because: ______________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ____________ .

My fees are $ ________ for travel and $ 60 for services, for a total of $ 60 .

I declare under penalty of perjury that this information is true and correct.

Date: 10/15/21

[signature]
*Server's signature*

Steven C. Strickman
*Printed name and title*

PO Box 3256 Gaithersburg, Md 20885
*Server's address*

Additional information concerning attempted service, etc.: