Telephone: (202) 991-1101
Toll Free: (855) 987-DEBT

THE BELMONT FIRM

Licensed in DC, VA, MD, FL and NV

October 29, 2021

**VIA FACSIMILE**
Irwin R. Kramer, Esq.
Kramer & Connolly
466 Main Street
Reisterstown, Maryland 21136
Facsimile: (410) 681-1524

**Re:** ***In re Baltimore Harlem Park Investment, LLC***
**Case No. 21-249-ELG (Bankr. D.D.C. 2021)**

Dear Mr. Kramer:

It was a pleasure speaking with you this afternoon and I look forward to working with you as you represent Arnold Politzer, Esq. ("Mr. Politzer") in connection with the above-referenced matter.

I am in receipt of your facsimile from this afternoon, but have not received the e-mail appended thereto. My e-mail address appears to be typed correctly, but the e-mail has not appeared in my inbox or in any spam folder. My e-mail account has a comprehensive archiving feature that permanently saves and indexes all incoming and outgoing messages, but a search of the archive for your name did not fetch any results. I share this solely out of concern that you may be having e-mails to others lost in the proverbial ether; I am happy to have received your facsimile and content to exchange future missives via facsimile.

Vis a vis the subpoena for Mr. Politzer to produce documents, the first three categories of documents therein referenced are confined to records pertaining to Mr. Politzer's representation of Baltimore Harlem Park Investment, LLC (the "Debtor"). I am not sure why Xin Tao ("Ms. Tao") would need to waive her own attorney/client privilege for such a production to be made; it would seem the privilege lies with the Debtor and I am general reorganization counsel to the Debtor.

As for the fourth category of documents, I am happy to stipulate to production, for the time being, of only those responsive records pertinent to Mr. Politzer's representation of the Debtor. Ms. Tao has been advised to seek independent counsel concerning her waiving any privilege she may hold, but we can address any documents subsumed within her personal privilege (if any) once she is represented by counsel.

I will look forward to Mr. Politzer's production of (i) his IOLTA ledger for the Debtor; (ii) bills from Mr. Politzer to the Debtor; and (iii) Mr. Politzer's client file for the Debtor, on or before the time indicated in the subpoena.


*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*

THE BELMONT FIRM

Vis a vis Mr. Politzer's examination pursuant to Federal Rule of Bankruptcy Procedure 2004, I am happy to endeavor to accommodate your schedule, but must stress – as I did when we spoke – that the examination needs to be taken before November 9, 2021, when the meeting called for by Section 341 of Title 11 of the United States Code will be held in this case. Mr. Politzer's testimony will be imperative to the Debtor's ability to answer forward-looking questions at that meeting and will, similarly, be imperative to the Debtor being able to set forth a series of temporal milestones compliant with the tight timelines mandated of a case arising under subchapter V of chapter 11 of Title 11 of the United States Code.

I can make myself available for the examination commencing at noon on November 4, 2021, at any point on November 5, 2021, or beginning at 8:30 am on November 8, 2021. I cannot speak for others involved in the bankruptcy, and would be inclined to accommodate the schedules of (i) Lawrence Katz, Esq., the subchapter V trustee in the case; (ii) Kristen Eustis, Esq., trial counsel for the United States Trustee; and (iii) Larry Kirsch, Esq., counsel for the largest unsecured creditor. Please let me know which of these work best for your client and yourself, and I will seek input from others involved as to their respective availability to the extent they wish to attend. Once we have an agreed-upon alternative date, I will release Mr. Politzer from the current examination subpoena (provided, of course, that you agree to accept service of a new subpoena).

If you have any questions, or wish to further discuss this matter, please do not hesitate to contact me directly.

Sincerely,

Maurice "Mac" VerStandig, Esq.
*For the Firm*

cc: Lawrence Katz, Esq. (via electronic mail)
Kristen Eustis, Esq. (via electronic mail)
Larry Kirsch, Esq. (via electronic mail)


*We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.*