**Mac VerStandig**

**From:** Irwin R. Kramer <irk@kramerslaw.com>
**Sent:** Tuesday, November 2, 2021 12:54 PM
**To:** Mac VerStandig
**Cc:** 'Lawrence A. Katz'; 'Eustis, Kristen S. (USTP)'; 'Larry Kirsch'
**Subject:** RE: In re Baltimore Harlem Park Investment, LLC, Bankruptcy Case No. 21-249-ELG

Mac:

Based upon what my client is telling me, I think it may be worthwhile for us to reschedule the deposition for November 15, 2021 or sometime thereafter.

As you know, Mr. Politzer is moving to California this week. His records and computer are in boxes for shipment to his new home. His mover states that his belongings will arrive there "sometime next week." Once unpacked, he will then have to review the materials for production and generate the ledger from the data stored on his computer. I am reluctant to promise that all of that can be accomplished before the 15th of November, but I will ask him for a fair estimate. I would agree that a deposition in advance of that would not be a fruitful.

In the meantime, has Ms. Tao reviewed the waiver and approved it?

Irwin

**Irwin R. Kramer**
Managing Attorney
**KRAMER & CONNOLLY**
**465 Main Street**
**Reisterstown, MD 21136**
**410.581.0070 x16**
**410.581.1524 Fax**

---

**From:** Mac VerStandig <mac@dcbankruptcy.com>
**Sent:** Tuesday, November 2, 2021 3:30 PM
**To:** Irwin R. Kramer <irk@kramerslaw.com>
**Cc:** Lawrence A. Katz <lkatz@hirschlerlaw.com>; Eustis, Kristen S. (USTP) <Kristen.S.Eustis@usdoj.gov>; Larry Kirsch <larry@lkirschlaw.com>
**Subject:** RE: In re Baltimore Harlem Park Investment, LLC, Bankruptcy Case No. 21-249-ELG

Irwin,

Just to follow up on this, I need an understanding of when we can look forward to receiving documents from Mr. Politzer. The subpoena was returnable yesterday, and I certainly understand you may desire a brief window of time to review items, but many of these items should be producible without review or issue (trust sub-ledger, notices, client file).

Equally, the examination is noticed for tomorrow. I remain willing to continue it to one of the three dates proposed, provided such work for Mr. Katz, Ms. Eustis, and Mr. Kirsch (to the extent they wish to attend), but I need to lock down a hard date/time before I release Mr. Politzer from the subpoena for tomorrow.

Subchapter V cases are not particularly forgiving vis a vis timelines; it is a compact schedule and we are already running up against the Section 341 meeting next Tuesday. Please let me know where these matters stand.

Regards,

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** Mac VerStandig
**Sent:** Monday, November 1, 2021 12:53 PM
**To:** Irwin R. Kramer <irk@kramerslaw.com>
**Subject:** RE: In re Baltimore Harlem Park Investment, LLC, Bankruptcy Case No. 21-249-ELG

Irwin,

Here is my facsimile from Friday.

Thanks,

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** Mac VerStandig
**Sent:** Monday, November 1, 2021 3:42 PM
**To:** Irwin R. Kramer <irk@kramerslaw.com>
**Subject:** RE: In re Baltimore Harlem Park Investment, LLC, Bankruptcy Case No. 21-249-ELG

Irwin,

Here is the due diligence report.

Thanks,

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** Irwin R. Kramer <irk@kramerslaw.com>
**Sent:** Monday, November 1, 2021 3:37 PM
**To:** Mac VerStandig <mac@dcbankruptcy.com>
**Subject:** RE: In re Baltimore Harlem Park Investment, LLC, Bankruptcy Case No. 21-249-ELG

Mac:

Here is my email address.

Irwin

**Irwin R. Kramer**
Managing Attorney
**KRAMER & CONNOLLY**
**465 Main Street**
**Reisterstown, MD 21136**
**410.581.0070 x16**
**410.581.1524 Fax**