Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Baltimore Harlem Park Investment, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-249-ELG |
| | ) | (Chapter 11) |
| BALTIMORE HARLEM PARK | ) | |
| INVESTMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION TO MOTION TO HOLD MILTON ARNOLD POLITZER, ESQ. IN CONTEMPT OF COURT**

Baltimore Harlem Park Investment, LLC has filed a motion seeking to hold Milton Arnold Politzer, Esq. in contempt of court for willful violation of two subpoenas.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then:

> on or before **November 22, 2021**, you or your attorney must file with the Court a written opposition, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.
>
> If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.
>
> You must also mail a copy of your objection to:

Maurice B. VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Lawrence A. Katz, Esq.
Hirschler
8270 Greensboro Drive, Suite 700
Tysons Corner, Virginia 22101

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order holding Milton Arnold Politzer, Esq. in contempt and directing the grounds upon which he may purge said contempt. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial of the employment of counsel.

Respectfully submitted,

Dated: November 6, 2021 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November, 2021, a copy of the foregoing was served electronically upon filing via the ECF system, with copies also being sent via US Mail, postage prepaid, to:

M. Arnold Politzer, Esq.
Totten Law Firm
8850 Standard Boulevard
Suite 2300
Columbia, Maryland 21045

Irwin R. Kramer, Esq.
Kramer & Connolly
465 Main Street
Reisterstown, Maryland 21136

I FURTHER CERTIFY that while not required by governing rules, I have also sent a copy of the foregoing to Irwin R. Kramer, Esq., via electronic mail, to irk@kramerslaw.com.

/s/ Maurice B. VerStandig
Maurice B. VerStandig