Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Baltimore Harlem Park Investment, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-249-ELG |
| | ) | (Chapter 11) |
| BALTIMORE HARLEM PARK | ) | |
| INVESTMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING ON MOTION TO HOLD**
**<u>MILTON ARNOLD POLITZER, ESQ. IN CONTEMPT OF COURT</u>**

Please take notice that a hearing will be held on December 1, 2021 at 10:00 am on the following matters:

**Motion to Hold Milton Arnold Politzer, Esq. in Contempt of Court**

via Zoom video conferencing. Parties may contact Aimee_Mathewes@dcb.uscourts.gov for Zoom access codes. Parties in interest with questions may contact the undersigned.

**[SIGNATURE AND CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November, 2021, a copy of the foregoing was served electronically upon filing via the ECF system, with copies also being sent via US Mail, postage prepaid, to:

M. Arnold Politzer, Esq.
Totten Law Firm
8850 Standard Boulevard
Suite 2300
Columbia, Maryland 21045

Irwin R. Kramer, Esq.
Kramer & Connolly
465 Main Street
Reisterstown, Maryland 21136

I FURTHER CERTIFY that while not required by governing rules, I have also sent a copy of the foregoing to Irwin R. Kramer, Esq., via electronic mail, to irk@kramerslaw.com.

/s/ Maurice B. VerStandig
Maurice B. VerStandig