IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-249-ELG |
| | ) | (Chapter 11) |
| BALTIMORE HARLEM PARK | ) | |
| INVESTMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER HOLDING MILTON ARNOLD**
**<u>POLITZER, ESQ. IN CONTEMPT OF COURT</u>**

Upon consideration of the Motion to Hold Milton Arnold Politzer, Esq. in Contempt of Court (the "Motion," as found at DE #26), any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that Milton Arnold Politzer, Esq. ("Mr. Politzer") has willfully disobeyed two subpoenas lawfully issued pursuant to an order of this Honorable Court; and it is further

FOUND, that Mr. Politzer's disobedience of said subpoenas is contemptuous pursuant to the allowances of Federal Rule of Civil Procedure 45 as incorporated by Federal Rule of Bankruptcy Procedure 9016; and it is further

FOUND, that Mr. Politzer's disobedience is meritorious of contempt under the inherent powers of this Honorable Court; and it is further

ORDERED, that Mr. Politzer be, and hereby is, held in contempt of this Honorable Court; and it is further

ORDERED, that Mr. Politzer may purge said contempt at any time by (a) producing to the Debtor herein, in the care of its counsel, the documents called for in the subpoena served upon Mr. Politzer, with said production to be made in the method called for therein; (b) sitting for an examination after producing such documents, with said examination to be taken in the method called for in the correlative subpoena issued to Mr. Politzer; and (c) paying the Debtor the sum of $3,000.00 plus $250 per day for each day Mr. Politzer remains in contempt, commencing on the date this order is docketed.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Baltimore Harlem Park Investment, LLC*