Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Baltimore Harlem Park Investment, LLC and for Ruby Jude City LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-249-ELG |
| | ) | Case No. 21-254-ELG |
| BALTIMORE HARLEM PARK | ) | (Jointly Administered) |
| INVESTMENT, LLC | ) | |
| | ) | (Chapter 11) |
| and | ) | |
| | ) | |
| RUBY JUDE CITY LLC | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION TO OBJECTION TO CLAIMS OF ZTY INVESTMENT, LLC AND HAIYI HUANG AND HEARING THEREUPON**

NOTICE IS HEREBY GIVEN that the debtors herein (the "Debtors") have objected to the claims of ZTY Investment, LLC and Haiyi Huang on the basis that the claims are ambiguous as to whether they are genuinely proofs of claim or, rather, proofs of interests.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to sustain the objection or if you would like the Court to consider your views, then WITHIN THIRTY (30) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, you must file and serve a written response to the objection. The response must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or

mailing a copy) upon the undersigned. The response must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the objection has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for August 23, 2023 at 10:00 AM in Courtroom 1 of the United States Bankruptcy Court, at the foregoing address.

Respectfully submitted,

Dated: July 5, 2023 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies also being sent via US Mail, postage prepaid, to:

Larry H. Kirsch, Esquire
1803 Research Blvd., Suite 215
Rockville, Maryland 20850

/s/ Maurice B. VerStandig
Maurice B. VerStandig