Andrew W. Gray
2450 Eutaw Place
Baltimore, MD 21217
AttorneyAndrewGray@Yahoo.com
410-522-0998
AIS 9212160019
BAR ID 22314

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | Case No. 21-00249-ELG |
| | | Case No. 22-00254-ELG |
| BALTIMORE HARLEM PARK INVESTMENT, LLC | * | (Jointly Administered) |
| | * | (Chapter 11) |
| and | | |
| | * | |
| RUBY JUDE CITY LLC | | |
| | * | |
| Debtors | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

HUTCHINSON HOLDINGS, LLC

   Movant/Creditor

   v.

HP BENNETT, LLC
BALTIMORE HARLEM PARK INVESTMENT LLC

   Respondents/Debtors

**MOTION FOR CONTINUANCE**

COMES NOW Hutchinson Holdings, LLC, Movant/Creditor, by and through its undersigned attorney, Andrew W. Gray, and respectfully moves the Honorable Court to Continue the August 23, 2023, hearing and states:

   1. Hutchinson Holdings, LLC ("Hutchinson") has filed a Motion for Relief from Stay in this matter.

2. Hutchinson is the holder of a secured claim against the Debtor and the property known as 906 Bennett Place, Baltimore, MD, 21223, 16' x 75', BEING KNOWN AS Ward 18 section 01 block 0129 Lot 116 (the "Property") as evidenced by a tax certificate dated May 13, 2019, in the principal amount of $26,254.88, which was assigned by the Mayor and City Council of Baltimore to Hutchinson. The Property is scheduled as an asset in both of these bankruptcy proceedings.

3. Hutchinson has filed a Motion for Relief from Stay in *In re: HP Bennett, LLC,* BR No. 22-00106-ELG, as HP Bennett, LLC is the record owner of the Property.

4. Ruby Jude City LLC has filed a Motion to Determine Amount of Secured Claim in *In re: HP Bennett, LLC,* BR No. 22-00106-ELG.

5. Both of those matters are on this Court's docket for a hearing on August 23, 2023.

6. Brett Weiss, who is sponsoring Andrew W. Gray, *pro hac vice* attorney for Hutchinson Holdings, LLC, is attending to a pressing family matter and is not available for the August 23, 2023 hearing scheduled in this matter.

WHEREFORE, Hutchinson Holdings, LLC prays that the August 23, 2023 Final Hearing for Relief from Stay be continued to October 5, 2023, 10:00 a. m. and for such other relief at law and in equity which the Court deems meet and proper.

        /s/ Andrew W. Gray
ANDREW W. GRAY, ESQ.
Bar ID 22314
2450 Eutaw Place
Baltimore, Maryland 21217
AttorneyAndrewGray@Yahoo.com
(410) 522-0998
AIS #9212160019
Attorney for Hutchinson Holdings, LLC

        /s/ Brett Weiss
BRETT WEISS
Bar ID A404420
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
Telephone:   (301) 924-4400
Facsimile:   (240) 627-4186
brett@BankruptcyLawMaryland.com
Pro Hac Vice Sponsoring Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August, 2023, a true copy of the foregoing was served electronically upon filing via the ECF system

        /s/ Andrew W. Gray
ANDREW W. GRAY, ESQ.