Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Baltimore Harlem Park Investment,*
*LLC and for Ruby Jude City LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-249-ELG |
| | ) | Case No. 21-254-ELG |
| BALTIMORE HARLEM PARK INVESTMENT, LLC | ) ) ) | (Jointly Administered) |
| | ) | (Chapter 11) |
| and | ) ) | |
| RUBY JUDE CITY LLC | ) ) | |
| Debtors. | ) ) | |

**WITNESS AND EXHIBIT LIST**

Come now Baltimore Harlem Park Investment, LLC ("BHPI") and Ruby Jude City LLC ("RJC") (collectively, the "Debtors," and each a "Debtor"), by and through undersigned counsel, and furnish this list of witnesses to be called, and an exhibit to be introduced, at a hearing on August 23, 2023:

**Witnesses**

1. Xin Tao
2. William Weiss

**Exhibit**

1. Memorandum of May 1, 2014

          Respectfully submitted,

Dated: August 22, 2023     By:    /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig, Esq.
                                          Bar No. MD18071
                                          The Belmont Firm
                                          1050 Connecticut Avenue, NW, Suite 500
                                          Washington, DC 20036
                                          Phone: (202) 991-1101
                                          mac@dcbankruptcy.com
                                          *Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                            /s/ Maurice B. VerStandig
                                                            Maurice B. VerStandig