AMERICAN TRANSLATORS ASSOCIATION MEMBER ID. 267374          Page | 1

# D&T Translations – Professional Translation Agency

*(D&T Translations is a trade name of Global Hand Consulting LLC)*

Tel +1 (973)-358-7570        911 Memorial Drive,         www.dttranslations.com
                             Belleville, NJ, 07109       support@dttranslations.com



### Memo about the Baltimore Project

1. The Baltimore project consists of 71 Units (30 houses), 6 less than the original 77 Units. The original price is USD 750,000 and the current price has not yet come out, and it will be known when transferred on Friday, May 9;

2. Baltimore Harlem Park Investment LLC was established for this project, with 4 shareholders, 45% for Pinehills Properties (Cindy), 45% for ZTY Investment (Nina), 5% for Rongtao Xu, and 5% for Sean Leonce.

3. Since 5% held by Rongtao Xu and Sean Leonce respectively are dry shares, they do not need fund;

4. Since we are buying bank NOTE, there is no official property title, so we cannot make a loan;

5. At present, Nina made a loan of USD 575,000 by personal housing and a self-raised fund of USD 175,000, totaling USD 750,000 for the transfer on May 9th.

6. The loan fee and monthly mortgage expenses against this USD 575,000 are calculated as cost expense of Baltimore until the Title is acquired; Thereafter Baltimore will make loans and return the money to Nina in full, then Nina bears the mortgage personally.

7. Other issues.

05/01/2014



AMERICAN TRANSLATORS ASSOCIATION MEMBER ID. 267374        Page | 2

## D&T Translations – Professional Translation Agency

*(D&T Translations is a trade name of Global Hand Consulting LLC)*

Tel +1 (973)-358-7570     911 Memorial Drive,     www.dttranslations.com
                          Belleville, NJ, 07109    support@dttranslations.com



# Certification of Translation Accuracy

D&T Translations, as a professional translation agency, certifies that a copy of a document entitled "Memo about the Baltimore Project" has been translated by our qualified contract translator who is fluent and competent to translate from Chinese into English. In our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

D&T Translations does not vouch for the authenticity of the aforementioned copy(ies) of the document(s) or statements contained therein.

D&T Translations, including its translators and project managers, are not liable for any actions/losses taken by the holder of this translation.

Project Manager
Doniyor Askarov,
D&T Translations
Phone: +1 (973)-358-7570
Email: support@dttranslations.com
Address: 911 Memorial Dr., Belleville, NJ, 07109, USA.



Date: 08/14/2018

Signature: *[signed]*

# 关于 Baltimore 项目的备忘录

1、Baltimore 项目包括 71 个 Units（30 栋房子），比原先的 77 个 Units 少了 6 个，原来的价格是 75 万美金，现在的价格还未出来，要到 5 月 9 日星期五过户的时候才知道；

2、为这个项目成立了 Baltimore Harlem Park Investment LLC，股东 4 个，Pinehills Properties（Cindy）45%、ZTY Investment（Nina）45%、Rongtao Xu 5%、Sean Leonce 5%。

3、由于 Rongtao Xu 5%以及 Sean Leonce 5%是干股，他们是不需要出资金的；

4、由于我们现在购买的是银行的 NOTE，没有正式的房产 Title，所以不能贷款；

5、目前由 Nina 用自住房子贷款 57.5 万元美金以及自筹资金 17.5 万元，合计 75 万美金用于 5 月 9 日过户。

6、此笔 57.5 万美金的贷款费用以及每个月的 Mortgage 支出都作为 Baltimore 公司的成本开支，直至 Baltimore 公司的房产 Title 拿到，由 Baltimore 公司贷款并全额归还给 Nina，则 Mortgage 由 Nina 个人承担。

7、其他事宜。

05/01/2014

PJRES 003155