The order below is hereby signed.

Signed: August 23 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>  Baltimore Harlem Park Investment, LLC, and,<br>  Ruby Jude City LLC<br>         Debtors.<br><br>Hutchinson Holdings, LLC,<br>              Movant/Creditor,<br><br>     v.<br><br>HP Bennett, LLC, and<br>Baltimore Harlem Park Investment, LLC,<br>              Respondents/Debtors. | Case No. 21-00249-ELG<br>Case No. 22-00254-ELG<br><br>Jointly Administered<br>Chapter 11 |

## ORDER CONTINUING HEARING

The Court has before it the fifth *Motion for Continuance* (the "Motion") filed by Hutchinson Holdings, LLC ("HHL") seeking to continue the hearing set for August 23, 2023 at 10:00 a.m. on the *Motion for Relief of Stay* (ECF No. 89). In light of the grounds for the continuance put forth in the Motion, it is hereby

**ADJUDGED, ORDERED,** and **DECREED** that Motion is GRANTED. The hearing on HHL's *Motion for Relief of Stay* (ECF No. 89) is continued to October 5, 2023, at 10:00 a. m. Eastern time. The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution

1

Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes for the Zoom information and should familiarize themselves with General Order 2022-03, *Order Establishing Hybrid Hearing Protocols Before Judge Gunn.*

[Signed and dated above.]

Copies to: Recipients of electronic notice.