The order below is hereby signed.

Signed: September 1 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 21-249-ELG |
|---|---|---|
| | ) | Case No. 21-254-ELG |
| BALTIMORE HARLEM PARK INVESTMENT, LLC | ) | (Jointly Administered) |
| | ) | |
| | ) | (Chapter 11) |
| and | ) | |
| | ) | |
| RUBY JUDE CITY LLC | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER APPROVING FINAL APPLICATION
OF THE VERSTANDIG LAW FIRM, LLC FOR THE ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Final Application of The VerStandig Law Firm, LLC d/b/a The Belmont Firm for Allowance of Compensation and Reimbursement of Expenses Incurred in Connection with Representation of Baltimore Harlem Park Investment, LLC and Ruby Jude City LLC (the "Application"), the lack of objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Maurice B. VerStandig and The VerStandig Law Firm, LLC's application for fees in the gross sum of $44,840.00 is APPROVED; and it is further

ORDERED, that Maurice B. VerStandig and The VerStandig Law Firm, LLC's application for expenses in the gross sum of $5,044.15 is APPROVED; and it is further

ORDERED, that The VerStandig Law Firm, LLC may apply the retainer of $1,723.00, which it is presently holding, against payment of the foregoing approved fees; and it is further

ORDERED, that The VerStandig Law Firm, LLC shall have herein an allowed administrative claim in the amount of $27,511.77; and it is further

ORDERED, that the foregoing administrative claim shall be paid in accord with the terms of the confirmed plan of reorganization herein, by the disbursing agent serving thereunder.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
*Counsel for Baltimore Harlem*
*Park Investment, LLC*


Seen:

/s/ Lawrence A. Katz (signed w/ express permission)
Lawrence A. Katz, Esq.
Hirschler
1676 International Drive
Suite 1350
Tysons, Virginia 22102
*Subchapter V Trustee*

/s/ Michael T. Freeman (signed w/ express permission)
Michael T. Freeman, Esq.
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, Virginia 22314
*Assistant United States Trustee*