Andrew W. Gray
2450 Eutaw Place
Baltimore, MD 21217
AttorneyAndrewGray@Yahoo.com
410-522-0998
AIS 9212160019
BAR ID 22314

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | Case No. 21-00249-ELG |
| BALTIMORE HARLEM PARK INVESTMENT, LLC | * | Case No. 22-00254-ELG (Jointly Administered) |
| | * | (Chapter 11) |
| And | * | |
| RUBY JUDE CITY LLC | * | |
| Debtors | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HUTCHINSON HOLDINGS, LLC

Movant/Creditor

v.

HP BENNETT, LLC
BALTIMORE HARLEM PARK INVESTMENT LLC

Respondents/Debtors

## **MOTION FOR CONTINUANCE**

COMES NOW Hutchinson Holdings, LLC, Movant/Creditor, by and through their undersigned attorney, Andrew W. Gray, and respectfully moves the Honorable Court to Continue the October 5, 2023 hearing and states that Counsel for Hutchinson Holdings, LLC, has a scheduling conflict on October 5, 2023.

WHEREFORE, Hutchinson Holdings, LLC prays that the October 5, 2023 Final Hearing for Relief from Stay be continued to October 18, 2023 10:00 a. m., and for such other relief at law and in equity which the Court deems meet and proper.

*/s/ Andrew W. Gray*
ANDREW W. GRAY, ESQ.
Bar ID 22314
2450 Eutaw Place
Baltimore, Maryland 21217
AttorneyAndrewGray@Yahoo.com
(410) 522-0998
AIS #9212160019
Attorney for Hutchinson Holdings, LLC

*/s/ Brett Weiss*
BRETT WEISS, ESQ.
Bar ID A404420
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
Telephone:     (301) 924-4400
Facsimile:     (240) 627-4186
brett@BankruptcyLawMaryland.com
Pro Hac Vice Sponsoring Attorney

C:\MOTIONLIFTSTAY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __27__ day of __September__, 20__23__, a true copy of the foregoing was served electronically upon filing via the ECF system

_____
ANDREW W. GRAY, ESQ.