Andrew W. Gray
2450 Eutaw Place
Baltimore, MD 21217
AttorneyAndrewGray@Yahoo.com
410-522-0998
AIS 9212160019
BAR ID 22314

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | Case No. 21-00249-ELG |
| | | Case No. 22-00254-ELG |
| BALTIMORE HARLEM PARK INVESTMENT, LLC | * | (Jointly Administered) |
| | * | (Chapter 11) |
| And | | |
| | * | |
| RUBY JUDE CITY LLC | | |
| | * | |
| Debtors | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

HUTCHINSON HOLDINGS, LLC

   Movant/Creditor

     v.

HP BENNETT, LLC
BALTIMORE HARLEM PARK INVESTMENT LLC

   Respondents/Debtors

<u>**MOTION FOR RECONSIDERATION**</u>

     COMES NOW Hutchinson Holdings, LLC, Movant/Creditor, by and through their undersigned attorney, Andrew W. Gray, and respectfully moves the Honorable Court to Reconsider Judge Elizabeth L. Gunn's September 28, 2023, Order Denying Motion to continue the October 5, 2023, hearing, and states in support of such Motion:

Page **1** of **4**

THAT Andrew W. Gray, attorney for Hutchinson Holdings, LLC, is scheduled to conduct a trial before the Circuit Court for Baltimore County that begins on October 4, 2023. This trial date was set by the Circuit Court for Baltimore County on February 2, 2023 (Exhibit A). Andrew W. Gray, who is counsel for Comfort Living Rooming House, LLC, entered this trial in his calendar system as a one-day obligation, but it is scheduled for a two-day trial as noted in Exhibit A. This calendar error is the fault of Andrew W. Gray, for which he apologizes to this honorable Court.

THAT Hutchinson Holdings, LLC, wants the matters relating to it before this honorable Court to be resolved as soon as practicable.

THAT a family member of *pro hac vice* attorney Brett Weiss has been dealing with an extremely serious health issue that has forced Mr. Weiss to focus on family for the past several months, but Mr. Weiss is able to participate in the hearing date that Hutchinson Holdings, LLC is requesting in this matter of October 18, 2023 10:10 a. m.

WHEREFORE, Hutchinson Holdings, LLC prays that this Court reconsider Judge Elizabeth L. Gunn's September 28, 2023 Order Denying Motion to continue the October 5, 2023 hearing and that it be continued to October 18, 2023 10:00 a. m., and for such other relief at law and in equity which the Court deems meet and proper.

   /s/ Andrew W. Gray_____
ANDREW W. GRAY, ESQ.
Bar ID 22314
2450 Eutaw Place
Baltimore, Maryland 21217
AttorneyAndrewGray@Yahoo.com
(410) 522-0998
AIS #9212160019
Attorney for Hutchinson Holdings, LLC

   /s/ Brett Weiss_____
BRETT WEISS, ESQ.
Bar ID A404420
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
Telephone:	(301) 924-4400
Facsimile:	(240) 627-4186
brett@BankruptcyLawMaryland.com
Pro Hac Vice Attorney

C:\MOTIONLIFTSTAY

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 29th day of September, 2023, a true copy of the foregoing Motion for Reconsideration was served electronically upon filing via the ECF system

          ___/s/ Andrew W. Gray_____
          ANDREW W. GRAY, ESQ.