FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | Case No. 21-00249-ELG |
| | | Case No. 22-00254-ELG |
| BALTIMORE HARLEM PARK INVESTMENT, LLC | * | (Jointly Administered) |
| | * | (Chapter 11) |
| And | | |
| | * | |
| RUBY JUDE CITY LLC | | |
| | * | |
| Debtors | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

HUTCHINSON HOLDINGS, LLC

   Movant/Creditor

    v.

HP BENNETT, LLC
BALTIMORE HARLEM PARK INVESTMENT LLC

   Respondents/Debtors

Page **1** of **2**

## **ORDER**

On the basis of Hutchinson Holdings, LLC's Amended Motion for Reconsideration, and any response filed thereto;

It is by the United States Bankruptcy Court for District of Columbia,

ORDERED that the October 5, 2023 hearing on Hutchinson Holding, LLC's Motion to Lift Stay in this matter be continued to October 18, 2023, 10 a. m.

SEEN and AGREED TO:

/S/ Andrew W. Gray
ANDREW W. GRAY, ESQ.
Bar ID 22314
2450 Eutaw Place
Baltimore, Maryland 21217
AttorneyAndrewGray@Yahoo.com
(410) 522-0998
AIS #9212160019
Attorney for Hutchinson Holdings, LLC

/S/ Brett Weiss
BRETT WEISS, ESQ.
Bar ID A404420
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
Telephone:	(301) 924-4400
Facsimile:	(240) 627-4186
brett@BankruptcyLawMaryland.com
Pro Hac Vice Sponsoring Attorney