Andrew W. Gray
2450 Eutaw Place
Baltimore, MD 21217
AttorneyAndrewGray@Yahoo.com
410-522-0998
AIS 9212160019
BAR ID 22314

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | Case No. 22-00249-ELG |
| | | Case No. 22-00254-ELG |
| BALTIMORE HARLEM PARK INVESTMENT, LLC | * | (Jointly Administered) |
| | * | (Chapter 11) |
| And | | |
| | * | |
| RUBY JUDE CITY LLC | | |
| | * | |
| Debtors | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HUTCHINSON HOLDINGS, LLC

   Movant/Creditor

    v.

HP BENNETT, LLC
BALTIMORE HARLEM PARK INVESTMENT LLC

   Respondents/Debtors

<b><u>LINE</u></b>

COMES NOW Hutchinson Holdings, LLC, Movant/Creditor, by and through their undersigned attorney, Andrew W. Gray, and withdraws the Proposed Order attached to their Motion for Continuance filed in this matter on September 28, 2023 as Document 190.

Respectfully Submitted

/s/ Andrew W. Gray
ANDREW W. GRAY, ESQ.
Bar ID 22314
2450 Eutaw Place
Baltimore, Maryland 21217
AttorneyAndrewGray@Yahoo.com
(410) 522-0998
AIS #9212160019
Attorney for Hutchinson Holdings, LLC

/s/ Brett Weiss
BRETT WEISS, ESQ.
Bar ID A404420
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
Telephone:    (301) 924-4400
Facsimile:    (240) 627-4186
brett@BankruptcyLawMaryland.com
Pro Hac Vice Sponsoring Attorney

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 30th day of September, 2023, a true copy of the foregoing was served electronically upon filing via the ECF system

      /s/ Andrew W. Gray
      ANDREW W. GRAY, ESQ.