The order below is hereby signed.

Signed: October 23 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**<br><br>    **HP Bennett, LLC,**<br>            Debtor. | **Case No. 22-00106-ELG**<br>**Chapter 7** |
| **In re:**<br><br>    **Baltimore Harlem Park Investment, LLC,**<br>            Debtor. | **Case No. 21-00249-ELG**<br>**Chapter 11** |

### ORDER DENYING MOTIONS FOR RELIEF

The Court has before it two motions for relief from stay (collectively, the "Motions for Relief") regarding 906 Bennett Place, Baltimore, MD 21223 (the "Property"). Am. Mot. for Relief from Stay, *In re HP Bennett, LLC*, Case No. 22-00106-ELG (Bankr. D.D.C. July 11, 2022), ECF No. 53; Mot. for Relief from Stay, *In re Baltimore Harlem Park Investment, LLC*, Case No. 21-00249-ELG (Bankr. D.D.C. June 26, 2023), ECF No. 89. On October 18, 2023, the Court held a hearing (the "Hearing") on the Motions for Relief and the Motion to Determine Value of Property of Hutchinson Holdings (the "Motion to Determine Value"). Mot. to Determine Value of Property of Hutchinson Holdings, *In re HP Bennett, LLC*, Case No. 22-00106-ELG (Bankr. D.D.C. July 18, 2023), ECF No. 56. At the conclusion of the Hearing the Court issued an oral ruling denying the Motions for Relief.

1

2

For the reasons stated on the record at the Hearing, and as will be supplemented in a Memorandum Opinion, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that

1) The Motions for Relief (*HP Bennett*, ECF No. 89; *BHPI*, ECF No. 53) are DENIED without prejudice.

2) The Motion to Determine Value (*HP Bennett*, ECF No. 56) is CONTINUED to **November 15, 2023** at **12:00 p.m.**

[Signed and dated above.]

Service to: recipients of electronic notice.