UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | Case No. 22-00106-ELG |
| HP BENNETT, LLC | * | Chapter 7 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | Case No. 21-00249-ELG |
| Baltimore Harlem Park Investment, LLC | * | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF MOTION FOR RECONSIDERATION

Hutchinson Holdings, LLC has filed papers with the court to (a) vacating the Order Denying Motions for Relief entered October 23, 2023 and (b) modifying the automatic stay in both of these cases to permit Hutchinson Holdings to move forward in its state foreclosure matter regarding 906 Bennett Place, Baltimore, MD 21223.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion for Reconsideration or if you want the court to consider your views on the Motion for Reconsideration, within <u>seventeen</u> days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
**For the District of Columbia**
333 Constitution Avenue NW
Washington, DC 20001

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

Hutchinson Holdings, LLC
Serve: Andrew W. Gray, Esq.
2450 Eutaw Place
Baltimore, MD 21217
AttorneyAndrewGray@Yahoo.com
410-522-0998

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Date: 10/30/2023                    /s/ Andrew W. Gray
                                    ANDREW W. GRAY, ESQ.
                                    Bar ID 22314
                                    2450 Eutaw Place
                                    Baltimore, Maryland 21217
                                    AttorneyAndrewGray@Yahoo.com
                                    (410) 522-0998
                                    AIS #9212160019
                                    Attorney for Hutchinson Holdings, LLC

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)