| | | |
|---|---|---|
| HUTCHINSON HOLDINGS, LLC, | * | IN THE |
| | * | |
| | * | CIRCUIT COURT |
| Plaintiff, | * | |
| | * | FOR |
| v. | * | |
| | * | BALTIMORE CITY |
| HP BENNETT, LLC – FORFEITED, | * | |
| et al., | * | |
| Defendants. | * | |
| | * | Case № 24-C-21-001630 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER DISMISSING CASE

Plaintiff having failed to file an Affidavit of Compliance/Request for Judgment in compliance with the Pre-Trial Scheduling Order (Paper No. 2000), it is, this, __19__ day of ____July____, 2022, by the Circuit Court for Baltimore City

**ORDERED** that the case be, and the same hereby is, **DISMISSED**; and it is further

**ORDERED** that the Clerk shall close the case.

Plaintiff to pay costs.

<u>Judge Anthony Vittoria</u>
Judge's Signature appears on the original document

**TRUE COPY TEST**

*Marilyn Bentley*

MARILYN BENTLEY, CLERK

(CIRCUIT COURT FOR BALTIMORE CITY 1983)