| | | |
|---|---|---|
| HUTCHINSON HOLDINGS, LLC, | * | IN THE |
| Plaintiff, | * | |
| | * | CIRCUIT COURT |
| v. | * | |
| | * | FOR |
| HP BENNETT, LLC, et al., | * | |
| | * | BALTIMORE CITY |
| Defendants. | * | |
| | * | Case № 24-C-21-001630 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER VACATING ORDER DISMISSING CASE AND STAYING PROCEEDINGS

Upon consideration of Plaintiff's Motion to Reopen and Defer Dismissal Nunc Pro Tunc and Suggestion of Bankruptcy (Paper No. 29000), filed November 4, 2022, the response in opposition (Paper No. 30000), filed December 14, 2022, by Patricia B. Jefferson, the Chapter 7 Trustee of the Bankruptcy Estate of Defendant HP Bennett, LLC, and Plaintiff's reply thereto (Paper No. 30001), filed on December 29, 2022, it is, this 5th day of April, 2023, by the Circuit Court for Baltimore City,

**ORDERED** that the Order Dismissing Case (Paper No. 25000), entered July 19, 2022, be, and the same hereby is, **VACATED** on the grounds that Defendant HP Bennett, LLC filed a Chapter 7 petition in the U.S. Bankruptcy Court for the District of Columbia on June 23, 2022, thereby staying this action;* and it is further

**ORDERED** that the Clerk of Court shall reopen the case; and it is further

**ORDERED** that the above captioned action is hereby **STAYED** as to Defendants **Ruby Jude City, LLC – Forfeited** and **HP Bennett, LLC - Forfeited**, and the proceedings deferred to the Bankruptcy Court in accordance with Section 362, Title 11 of the United States Code, and it is further

**ORDERED** that the **STAY** herein is subject to Md. Rule 2-507; and it is further

**ORDERED** that Plaintiff shall file an Affidavit of Compliance within **ninety (90) days** of the termination of the bankruptcy stay.

Judge Jennifer Schiffer

Judge's signature appears on original document

---

* See *Kochhar v. Amar Nath Bansal*, 222 Md. App. 32 (2015) (holding that a section 362(a) automatic bankruptcy stay divests a state court of jurisdiction, and consequently any action by a state court in violation of the stay is void *ab initio*).