James C. Olson
Bar No. MD07973
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
(410) 356-8852
jolson@jamesolsonattorney.com
Attorney for Hutchinson Holdings, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| BALTIMORE HARLEM PARK, | ) | Case No. 21-00249-ELG |
| INVESTMENT, LLC, | ) | Case No. 22-00254-ELG |
| | ) | (Jointly Administered) |
| And | ) | |
| | ) | (Chapter 11) |
| RUBY JUDE CITY LLC | ) | |
| | ) | |
| Debtors. | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of the court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Hutchinson Holdings, LLC.

Date: November 3, 2023

/s/ James C. Olson             .
James C.  Olson (MD07973)
10451 Mill Run Circle
Suite 400
Owings Mills, MD 21117
jolson@jamesolsonattorney.com
Tel.: (410) 356-8852
Fax: (443) 501-2636

Attorney for Hutchinson Holdings, LLC

06954

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2023, a copy of the foregoing Appearance of

Counsel was served electronically upon filing via the ECF system.

*/s/ James C. Olson* .
James C. Olson
